No. 19-50912

# United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

DAVID FOX DUBIN,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, NO. 1:17-CR-227-1

**UNOPPOSED MOTION OF NATIONAL ASSOCIATION
OF CRIMINAL DEFENSE LAWYERS TO
PRESENT ORAL ARGUMENT AS *AMICUS CURIAE***

Cynthia Eva Huja Orr
Co-Chair, NACDL Fifth Circuit
*Amicus Curiae* Committee
310 S. St. Mary's Street
29th Floor Tower Life Building
San Antonio, TX 78205
(210) 226-1463
whitecollarlaw@gmail.com

Nicole DeBorde Hochglaube
Co-Chair, NACDL Fifth Circuit
*Amicus Curiae* Committee
3515 Fannin St.
Houston, Texas 77004
(713) 526-6300
Nicole@HoustonCriminalDefense.com

Henry W. Asbill
Bradley A. Marcus
BUCKLEY LLP
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 349-8000
hasbill@buckleyfirm.com
bmarcus@buckleyfirm.com

Daniel R. Alonso
BUCKLEY LLP
1133 Avenue of the Americas
Suite 3100
New York, NY 10036
(212) 600-2400
dalonso@buckleyfirm.com
*Counsel for Amicus Curiae NACDL*

Pursuant to Fed. R. App. P. 29(a)(8), National Association of Criminal Defense Lawyers moves for leave to present oral argument as *amicus curiae*.

## I. NACDL Background and Interest

The National Association of Criminal Defense Lawyers ("NACDL") is a nonprofit, voluntary bar association founded in 1958 that works on behalf of criminal defense attorneys to ensure justice and due process for those accused of a crime or misconduct. NACDL has a nationwide membership, with many thousands of direct members and up to 40,000 members with affiliates. NACDL's members include private criminal defense lawyers, public defenders, military defense counsel, law professors, and judges. NACDL is the only nationwide professional bar association for public defenders and private criminal defense lawyers.

NACDL is dedicated to advancing the proper, efficient, and just administration of justice. NACDL files numerous *amicus* briefs each year in the United States Supreme Court and other federal and state courts, seeking to provide *amicus* assistance in cases that present issues of broad importance to criminal defendants, criminal defense lawyers, and the criminal justice system as a whole.

In furtherance of NACDL's mission to safeguard fundamental constitutional rights, NACDL often appears as *amicus curiae* in cases involving overcriminalization, prosecutorial overreach, and the proper construction of criminal laws. This case squarely presents all three of these issues.

## II.　NACDL Seeks Leave to Present Oral Argument

As detailed in the *amicus* brief, this case presents issues regarding overcriminalization, prosecutorial overreach, and the proper construction of criminal laws. We believe it would be important for the Court, in properly resolving these issues, to have the opportunity to hear argument from, and pose appropriate questions to, counsel for *amicus*, who will provide a national perspective on an issue that has recurred around the country.

The Court has allocated 30 minutes to each side for the oral argument at the *en banc* hearing on May 25, 2021. Pursuant to Fed. R. App. P. 29(a)(8), NACDL seeks five minutes to present oral argument as *amicus*. All parties consent to this request, and Defendant-Appellant has agreed to cede to NACDL five minutes of the time allocated to it for oral argument.

## III.　Conclusion

For the foregoing reasons, NACDL respectfully requests five minutes to present oral argument as *amicus curiae*.

DATED: May 3, 2021

Respectfully submitted,

BUCKLEY LLP

By:   */s/ Daniel R. Alonso*

| Cynthia Eva Hujar Orr | Henry W. Asbill |
| Nicole DeBorde Hochglaube | Daniel R. Alonso |
| Co-Chairs, NACDL Fifth Circuit | Bradley A. Marcus |
| *Amicus Curiae* Committee | |

*Counsel for Amicus Curiae*
National Association of Criminal Defense Lawyers

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) and Fifth Circuit Rule 27.4, because it contains 370 words, according to the count of Microsoft Word. I further certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and Fifth Circuit Rule 27.4 because it has been prepared in a proportionally spaced 14-point Times New Roman font.

Dated: May 3, 2021

                                               */s/ Daniel R. Alonso*
                                               Daniel R. Alonso
                                               *Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2021, a true and correct copy of the foregoing was filed electronically using the CM/ECF system.

                                                */s/ Daniel R. Alonso*
                                                Daniel R. Alonso
                                                *Counsel for Amicus Curiae*